HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DAVID NICHOLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. 2:89-CR-258-09 WBS |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| DAVID NICHOLS | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | |
| | Judge: Honorable William B. Shubb |

Defendant, DAVID NICHOLS, by and through his attorney, Assistant Federal Defender Lexi Negin, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On September 24, 1990, this Court sentenced Mr. Nichols to a term of 327 months imprisonment, the high-end of the range of his sentencing guidelines;

3. His total offense level was 38, his criminal history category was II, and the resulting guideline range was 262-327 months;

4. The sentencing range applicable to Mr. Nichols was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Nichols' total offense level has been reduced from 38 to 36, and his amended guideline range is 210-262 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Nichols' term of imprisonment to 262 months, the high-end of the amended guideline range.


Respectfully submitted,

Dated: August 15, 2017

| BENJAMIN B. WAGNER | HEATHER E. WILLIAMS |
|---|---|
| United States Attorney | Federal Defender |
| /s/ Jason Hitt | /s/ *Lexi Negin* |
| Jason Hitt | Lexi Negin |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Defendant |
| UNITED STATES OF AMERICA | DAVID NICHOLS |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Nichols is entitled to the benefit Amendment 782, which reduces the total offense level from 38 to 36, resulting in an amended guideline range of 210-262 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed on September 24, 1990, is reduced to a term of 262 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Nichols shall report to the United States Probation Office within seventy-two hours after his release.

Dated: August 15, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE