UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:89-cr-00258-WBS-AC-9 |
| Plaintiff/Respondent, | |
| v. | ORDER |
| DAVID A. NICHOLS, | |
| Defendant/Petitioner. | |

Petitioner David A. Nichols seeks coram nobis relief from his 1990 convictions for violating 21 U.S.C. § 841(A)(1) and 21 U.S.C. § 846. ECF No. 304 (Petition for Writ of Coram Nobis). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 22, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 22, 2019 are adopted in full; and

2. Petitioner's petition for a writ of coram nobis, ECF No. 304, is DENIED.

Dated: December 20, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

nich0258.805.coram